IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ARKANSAS STATE HIGHWAY COMMISSION                                PLAINTIFF

V.                              CASE NO.:5:09CV00079 BSM

GOULD APARTMENTS, LIMITED PARTNERSHIP;
UNITED STATES OF AMERICA, ACTING THROUGH
THE FARMERS HOME ADMINISTRATION,
UNITED STATES DEPARTMENT OF AGRICULTURE;
0.19 ACRE, MORE OR LESS CERTAIN LAND IN
LINCOLN COUNTY, ARKANSAS; AND ANY PERSONS
OR ENTITIES CLAIMING ANY INTERESTS THEREIN         DEFENDANTS

## ORDER OF REMAND

The parties have settled and their joint motion to remand to the Circuit Court of Lincoln County, Arkansas for further proceedings (Doc. No. 12) is granted.

IT IS SO ORDERED THIS 14th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE